IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:09-CR-72-WKW |
| | ) | |
| MIGUEL GUZMAN NAVARRO | ) | |

### **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge ("Recommendation") (Doc. # 222), and after an independent review, it is ORDERED that:

(1) The Recommendation is ADOPTED;

(2) Defendant Miguel Guzman Navarro's motion to suppress (Doc. # 114) is DENIED.

DONE this 17th day of September, 2009.

                                           /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE